*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Michelle May ) | Case No. 24–13318–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix Due 9/25/24
    Means Test Calculation 122C–2 Due 10/2/24
    Plan Due 10/2/24
    Schedules A Due 10/2/24
    Schedules B Due 10/2/24
    Schedules C Due 10/2/24
    Schedules D Due 10/2/24
    Schedules E Due 10/2/24
    Schedules F Due 10/2/24
    Schedules G Due 10/2/24
    Schedules H Due 10/2/24
    Schedules I Due 10/2/24
    Schedules J Due 10/2/24
    Statement of Current Monthly Income (122C–1) Due 10/2/24
    Statement of Financial Affairs Due 10/2/24
    Summary of Assets and Liabilities Due 10/2/24

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 19, 2024                                                By the Court

                                                                                                 Ashely M. Chan
                                                                                                 Chief Judge, United States Bankruptcy Court