*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Michelle May ) | Case No. 24–13318–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 19, 2024, this case is hereby DISMISSED.

**Date: October 9, 2024**

                                                      Ashely M. Chan
                                                      Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix
Plan Due
Schedule A–J
Statement of Current Monthly Income (122C1)
Means Test Calculation 122C2
Statement of Financial Affairs
Summary of Assets and Liabilities